COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS







ESTATE OF KATHLEEN BURKE,
DECEASED.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-10-00209-CV



Appeal from the


Probate Court No. 1


of Bexar County, Texas 


(TC# 2008-PC-1547) 



MEMORANDUM OPINION


 Pending before the Court is Appellant's motion for voluntary dismissal of this appeal. See
Tex. R. App. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are
assessed against Appellant. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

August 31, 2011


Before Chew, C.J., McClure, and Rivera, JJ.